UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JONATHAN COOL, ) | |
| ) | Case No.: 2:12-cv-02323-PMD |
| Plaintiff, ) | |
| ) | **JONATHAN RAMACI'S ANSWERS** |
| v. ) | **TO LOCAL 26.01 INTERROGATORIES** |
| ) | |
| Icache, Inc. and JONATHAN RAMACI, ) | |
| ) | |
| Defendants. ) | |

Defendant Jonathan Ramaci, by and through its undersigned attorneys, hereby submits his Rule 26.01 Answers to Interrogatories:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

<u>Answer</u>:    **None.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

<u>Answer</u>:    **Jury trial.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

<u>Answer:</u>    **The Defendant Ramaci is not a publicly owned company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

<u>Answer</u>:    **Not applicable.**

(E) Is the action related in whole or part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case

1

number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.

<u>Answer</u>:     **No.**

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

<u>Answer</u>:     **The Defendant is not improperly identified.**

(G).    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting the claim against you in this matter, identify such person or entity and describe the basis for said liability.

<u>Answer:</u>     **None at this time.**


BARNWELL WHALEY PATTERSON & HELMS, LLC


By:  <u>s/Craig E. Burgess</u>
      Craig E. Burgess (Fed. No. 5894)
      cburgess@barnwell-whaley.com
      288 Meeting Street (29401)
      P O Drawer H
      Charleston, SC 29402
      843-577-7700 T
      843-577-7708 F

*ATTORNEY FOR DEFENDANT JONATHAN RAMACI*

June 28, 2013

Charleston, South Carolina

2